

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00142-CR
### No. 10-18-00147-CR

## EX PARTE JOHN R. POWELL

**From the 12th District Court**
**Walker County, Texas**
**Trial Court Nos. 27986 & 25048**

## ABATEMENT ORDER

The appellant's brief in appellate case number 10-18-00142-CR is overdue.

By letter dated July 18, 2018, the Clerk of this Court informed appellant that a brief was filed in 10-18-00147-CR with the wrong corresponding trial court case number and that no brief was filed in 10-18-00142-CR. In that same letter, the Clerk informed appellant that the Court requested a response from appellant within 7 days from the letter regarding whether the trial court case number listed on the brief filed in appellate case number 10-18-00147-CR was the intended case number and whether appellant requests that the brief filed in 10-18-00147-CR also be filed in 10-00142-CR. More than 7 days have

passed and no response has been received.

Accordingly, we abate these appeals to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeals abated
Order issued and filed August 1, 2018

